1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9    EUGENE D. RUTLEDGE, F-79385,        )
                                         )
10              Plaintiff(s),            )        No. C 11-4330 CRB (PR)
                                         )
11       vs.                             )        (9th Cir. No. 12-15548)
                                         )
12   A. ALLEN, Deputy Clerk, et al.,     )        ORDER
                                         )
13              Defendant(s).            )
     _____)
14
15           This matter has been referred to this court by the Ninth Circuit for the

16   limited purpose of determining whether in forma pauperis (IFP) status should

17   continue on appeal, or whether the appeal is frivolous or taken in bad faith.  See

18   28 U.S.C. § 1915(a)(3).

19           The court finds that the appeal is frivolous and revokes IFP status.  See

20   Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of

21   IFP status appropriate where district court finds appeal is frivolous).

22           The clerk shall serve a copy of this order on the parties and the Ninth

23   Circuit.

24   SO ORDERED.

25   DATED:  04/05/2012

                                              CHARLES R. BREYER
26                                            United States District Judge

27

28   G:\PRO-SE\CRB\CR.11\Rutledge, E.11-4330.appeal.wpd